IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0190

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

CHERYL HREN and JEFFRY J. NELSON,

      Defendants and Appellants.

## ORDER

Upon consideration of Appellee's motion for a 60-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including April 14, 2021, within which to prepare, serve, and file its response brief.

RB

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 8 2021